# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAYLA BOLDEN,                )<br>                                              )<br>                      **Plaintiff,**   )<br>                                              )    **CIVIL ACTION**<br>v.                                          )<br>                                              )    No. 07-2081-KHV<br>MICHAEL J. ASTRUE,         )<br>**Commissioner of Social Security,**  )<br>                                              )<br>                      **Defendant.**   )<br>_____) | |

## ORDER

Shayla Bolden appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On January 30, 2008, Magistrate Judge John T. Reid recommended that the Commissioner's decision be reversed and that this case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #18). The deadline for written objections to Judge Reid's Report and Recommendation was February 13, 2008. The parties have not objected. For this reason, and for good cause shown, the Court adopts the Report And Recommendation (Doc. #18) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. #18).

Dated this 5th day of March, 2008 at Kansas City, Kansas.

                              s/ Kathryn H. Vratil
                              KATHRYN H. VRATIL
                              United States District Judge